## U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (South Bend)
## CIVIL DOCKET FOR CASE #: 3:19–cv–00755–JD–MGG

Meyer et al v. Newmar Corporation et al  
Assigned to: Judge Jon E DeGuilio  
Referred to: Magistrate Judge Michael G Gotsch, Sr  
Demand: $100,000  
Cause: 15:2301 Magnuson–Moss Warranty Act

Date Filed: 09/16/2019  
Jury Demand: Plaintiff  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Federal Question

Discovery Deadline:  
Dispositive Motion Deadline:  
Expert Discovery Deadline: 03/31/2021

Settlement Conference:  
Final Pretrial Conference:  
Trial Date:

**Plaintiff**

**Dorothy Meyer**    represented by   **Scarlett M Steuart**  
Burdge Law Office Co LPA  
8250 Washington Village Dr  
Dayton, OH 45458–1850  
937–432–9500  
Fax: 937–432–9503  
Email: Scarlett@Burdgelaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Ronald L Burdge**  
Burdge Law Office Co LPA  
8250 Washington Village Dr  
Dayton, OH 45458–1850  
937–432–9500  
Fax: 937–432–9503  
Email: Ron@Burdgelaw.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Meyer**    represented by   **Scarlett M Steuart**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Ronald L Burdge**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Newmar Corporation**    represented by   **Glenn L Duncan**  
Thorne Grodnik LLP – Elk/IN  
228 W High Street

        Elkhart, IN 46516
        574–294–7473
        Fax: 574–294–5390
        Email: gduncan@tglaw.us
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Lisa Gilkey Schoetzow**
        Thorne Grodnik LLP – Elk/IN
        228 W High Street
        Elkhart, IN 46516
        574–294–7473
        Fax: 574–294–5390
        Email: lgilkey@tglaw.us
        *ATTORNEY TO BE NOTICED*

**Defendant**

**The Braun Corporation**     represented by    **Abaigeal F Musser**
        Taft Stettinius & Hollister LLP – Ind/IN
        One Indiana Sq Ste 3500
        Indianapolis, IN 46204
        317–713–3500
        Fax: 317–713–3699
        Email: amusser@taftlaw.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **John D Papageorge**
        Taft Stettinius & Hollister LLP – Ind/IN
        One Indiana Sq Ste 3500
        Indianapolis, IN 46204
        317–713–3500
        Fax: 317–713–3699
        Email: jpapageorge@taftlaw.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Korges Enterprises, Inc**     represented by    **Alice J Springer**
*doing business as*     Barnes & Thornburg LLP – Elk/IN
Desert Autoplex RV     52700 Independence Ct Ste 150
        Elkhart, IN 46514
        574–237–1120
        Fax: 574–237–1125
        Email: alice.springer@btlaw.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Braun Corporation The**

V.

**Cross Defendant**

**Newmar Corporation**

**Cross Claimant**

| | | |
|---|---|---|
| **Newmar Corporation** | represented by | **Glenn L Duncan** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

V.

**Cross Defendant**

| | | |
|---|---|---|
| **The Braun Corporation** | represented by | **Abaigeal F Musser** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **John D Papageorge** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2019 | Ï 1 | COMPLAINT with JURY DEMAND against Korges Enterprises, Inc, Newmar Corporation, The Braun Corporation( Filing fee $ 400 receipt number 0755–4008113.), filed by Dorothy Meyer, Dennis Meyer. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Proposed Summons Braun Corporation Summons, # 3 Proposed Summons Korges Summons, # 4 Proposed Summons Newmar Corporation Notice of Waiver, # 5 Proposed Summons Newmar Waiver of Service)(Burdge, Ronald) (Additional attachment(s) added on 9/16/2019: # 6 Corrected Complaint) (jld). (Entered: 09/16/2019) |
| 09/16/2019 | Ï 2 | Summons Issued as to Korges Enterprises, Inc, The Braun Corporation. **NOTE:The attached document is accessible by court personnel only. Summons forms that were electronically submitted to the court for issuance will be returned to counsel via e−mail.** (jld) (Entered: 09/16/2019) |
| 09/19/2019 | Ï | Judge Jon E DeGuilio and Magistrate Judge Michael G Gotsch, Sr added. (NEW CASE) (jld) (Entered: 09/19/2019) |
| 09/19/2019 | Ï 3 | SUMMONS Returned Executed by Dorothy Meyer, Dennis Meyer. The Braun Corporation served on 9/18/2019, answer due 10/9/2019. (Attachments: # 1 Exhibit FedEx Proof of Service)(Burdge, Ronald) (Entered: 09/19/2019) |
| 09/23/2019 | Ï 4 | SUMMONS Returned Executed by Dorothy Meyer, Dennis Meyer. Korges Enterprises, Inc served on 9/20/2019, answer due 10/11/2019. (Attachments: # 1 Exhibit FedEx Proof of Service)(Burdge, Ronald) (Entered: 09/23/2019) |
| 09/27/2019 | Ï 5 | Proposed Summons filed by Dennis Meyer, Dorothy Meyer. (Burdge, Ronald) (Entered: 09/27/2019) |
| 09/30/2019 | Ï 6 | Summons Issued as to Newmar Corporation. **NOTE:The attached document is accessible by court personnel only. Summons forms that were electronically submitted to the court for** |

| | | |
|---|---|---|
| | | issuance will be returned to counsel via e–mail. (Attachments: # 1 Summons with visible attorney name and address: # 2 Summons with visible attorney name and address and legible banner). (nal) (Entered: 09/30/2019) |
| 10/02/2019 | 7 | NOTICE of Appearance by John D Papageorge on behalf of The Braun Corporation (Papageorge, John) (Entered: 10/02/2019) |
| 10/02/2019 | 8 | AGREED NOTICE to extend time to file answer filed by The Braun Corporation ; answer due by 11/06/2019. (Papageorge, John) (Entered: 10/02/2019) |
| 10/02/2019 | 9 | Corporate Disclosure Statement by The Braun Corporation identifying Corporate Parent Braun Holdings Inc for The Braun Corporation.. (Papageorge, John) (Entered: 10/02/2019) |
| 10/02/2019 | 10 | NOTICE of Appearance by Abaigeal F Musser on behalf of The Braun Corporation (Musser, Abaigeal) (Entered: 10/02/2019) |
| 10/02/2019 | 11 | SUMMONS Returned Executed by Dorothy Meyer, Dennis Meyer. Newmar Corporation served on 10/2/2019, answer due 10/23/2019. (Attachments: # 1 Exhibit)(Burdge, Ronald) (Entered: 10/02/2019) |
| 10/02/2019 | | Answer due date reset to 11/06/2019 as to The Braun Corporation per 8 Agreed Notice. (jat) (Entered: 10/03/2019) |
| 10/18/2019 | 12 | NOTICE of Appearance by Glenn L Duncan on behalf of Newmar Corporation (Duncan, Glenn) (Entered: 10/18/2019) |
| 10/18/2019 | 13 | *Newmar Corporation's* ANSWER to 1 Complaint,, *Affirmative Defenses*, CROSSCLAIM against The Braun Corporation by Newmar Corporation.(Duncan, Glenn) (Entered: 10/18/2019) |
| 10/18/2019 | 14 | Corporate Disclosure Statement by Newmar Corporation. (Duncan, Glenn) (Entered: 10/18/2019) |
| 10/18/2019 | 15 | NOTICE of Appearance by Lisa Gilkey Schoetzow on behalf of Newmar Corporation (Gilkey Schoetzow, Lisa) (Entered: 10/18/2019) |
| 10/22/2019 | 16 | NOTICE of Appearance by Alice J Springer on behalf of Korges Enterprises, Inc (Springer, Alice) (Entered: 10/22/2019) |
| 10/22/2019 | 17 | MOTION for Extension of Time to File Response/Reply as to 1 Complaint,, by Defendant Korges Enterprises, Inc. (Springer, Alice) (Entered: 10/22/2019) |
| 10/25/2019 | 18 | Corporate Disclosure Statement by Korges Enterprises, Inc. (Springer, Alice) (Entered: 10/25/2019) |
| 10/28/2019 | 19 | ANSWER to 1 Complaint,, *Affirmative Defenses and*, CROSSCLAIM against Newmar Corporation by The Braun Corporation.(Papageorge, John) (Entered: 10/28/2019) |
| 10/29/2019 | 20 | ANSWER to 19 Answer to Complaint, Crossclaim *of The Braun Corporation* by Newmar Corporation.(Duncan, Glenn) (Entered: 10/29/2019) |
| 11/05/2019 | 21 | ANSWER to 13 Answer to Complaint, Crossclaim by The Braun Corporation.(Papageorge, John) (Entered: 11/05/2019) |
| 11/07/2019 | 22 | ORDER GRANTING 17 Motion for Extension of Time to File Response/Reply. Response/Answer to be filed by 11/21/2019. Signed by Magistrate Judge Michael G Gotsch, Sr on 11/7/19. (mlc) (Entered: 11/07/2019) |
| 11/12/2019 | 23 | ORDER Joint Proposed Discovery due by 12/3/2019. Rule 16 Preliminary Pretrial Conference set for 12/11/2019 10:15 AM in US District Court – South Bend before Magistrate Judge Michael G Gotsch Sr.. Signed by Magistrate Judge Michael G Gotsch, Sr on 11/12/19. (slm) (Entered: |

| | | |
|---|---|---|
| | | 11/12/2019 |
| 11/12/2019 | 24 | MAGISTRATE JUDGE CONSENT FORMS sent to all parties.. (slm) (Entered: 11/12/2019) |
| 11/20/2019 | 25 | MOTION to Dismiss for Lack of Jurisdiction by Defendant Korges Enterprises, Inc. (Springer, Alice) (Entered: 11/20/2019) |
| 11/20/2019 | 26 | BRIEF in Support of 25 MOTION to Dismiss for Lack of Jurisdiction filed by Korges Enterprises, Inc. (Attachments: # 1 Exhibit A)(Springer, Alice) (Entered: 11/20/2019) |
| 12/03/2019 | 27 | REPORT of Rule 26(f) Planning Meeting. (Burdge, Ronald) (Entered: 12/03/2019) |
| 12/03/2019 | 28 | AMENDED COMPLAINT *First Amended Complaint* against All Defendants, filed by Dennis Meyer, Dorothy Meyer.(Burdge, Ronald) (Entered: 12/03/2019) |
| 12/04/2019 | 29 | MOTION To Attend 12–11–19 Rule 16 Preliminary Pretrial by Telephone re 23 Order,, Set Deadlines/Hearings, by Defendant Newmar Corporation. (Duncan, Glenn) (Entered: 12/04/2019) |
| 12/04/2019 | 30 | MOTION for Leave to Appear Attend Rule 16 Conference Via Phone *Motion to Attend December 11, 2019 Rule 16 Preliminary Pretrial Conference By Telephone* by Plaintiffs Dennis Meyer, Dorothy Meyer. (Burdge, Ronald) (Entered: 12/04/2019) |
| 12/04/2019 | 31 | ORDER granting 29 30 . Motion for Leave to Appear for the Rule 16 Preliminary Pretrial Conference telephonically on 12/11/2019.The court will call all counsel listed on the docket sheet unless it is notified that specified attorneys need not be contacted. If, at the time of the scheduled conference, you will not be at the telephone number identified on the docket please contact chambers. Approved by Magistrate Judge Michael G Gotsch, Sr on 12/4/2019. (mlf) (Entered: 12/04/2019) |
| 12/09/2019 | 32 | MOTION to Continue *Plaintiffs Motion to Continue December 11, 2019 Rule 16 Preliminary Pretrial* by Plaintiffs Dennis Meyer, Dorothy Meyer. (Burdge, Ronald) (Entered: 12/09/2019) |
| 12/10/2019 | 33 | ORDER granting 32 Motion to Continue.Telephonic Rule 16 Preliminary Pretrial Conference set for 1/7/2020 11:30 AM in US District Court – South Bend before Magistrate Judge Michael G Gotsch Sr.. Approved by Magistrate Judge Michael G Gotsch, Sr on 12/10/19. (slm) (Entered: 12/10/2019) |
| 12/17/2019 | 34 | MOTION to Dismiss for Lack of Jurisdiction *or in the Alternative, Motion to Dismiss for Improper Venue* by Defendant Korges Enterprises, Inc. (Springer, Alice) (Entered: 12/17/2019) |
| 12/17/2019 | 35 | BRIEF in Support of 34 MOTION to Dismiss for Lack of Jurisdiction *or in the Alternative, Motion to Dismiss for Improper Venue* filed by Korges Enterprises, Inc. (Attachments: # 1 Exhibit A and A−1)(Springer, Alice) (Entered: 12/17/2019) |
| 12/17/2019 | 36 | ANSWER to 28 Amended Complaint , *Affirmative Defenses and*, CROSSCLAIM against Newmar Corporation by The Braun Corporation.(Papageorge, John) (Entered: 12/17/2019) |
| 12/18/2019 | 37 | *Newmar Corporation's* ANSWER to 28 Amended Complaint *Affirmative Defenses*, CROSSCLAIM against The Braun Corporation by Newmar Corporation.(Duncan, Glenn) (Entered: 12/18/2019) |
| 01/03/2020 | 38 | ANSWER to 37 Answer to Amended Complaint, Crossclaim by The Braun Corporation.(Papageorge, John) (Entered: 01/03/2020) |
| 01/06/2020 | 39 | NOTICE of Appearance by Scarlett M Steuart on behalf of All Plaintiffs (Steuart, Scarlett) (Entered: 01/06/2020) |
| 01/07/2020 | 40 | RULE 16 PRELIMINARY PRETRIAL CONFERENCE held on 1/7/2020. before Magistrate Judge Michael G Gotsch, Sr. Pla appeared by atty Burdge. Dft appeared by atty Duncan, Schoetzow, |

|  |  |  |
|---|---|---|
|  |  | Papageorge, Springer. Expert Discovery deadline is 3/31/2021. Discovery as to Korges Enterprises, Inc, d/b/a Desert Autoplex RV is STAYED pending ruling of Motion to Dismiss. Plaintiff expert witness disclosures and reports to be delivered to the defendant by 10/30/2020. Defendant expert witness disclosures and reports to be delivered to the plaintiff by 11/30/2020. Initial Disclosures to be exchanged by 1/10/2020. Mediator Selection Deadline is 2/17/2020. Mediation to be completed by 8/30/2020. Deadline for Amendments due 45 days after ruling on Motion to Dismiss. Deadline for an discovery−related non dispositive motions shall be filed 30 days prior to the discovery deadline 03/01/2021. Magistrate Consent forms due by 1/28/2020. (slm) (Entered: 01/07/2020) |
| 01/07/2020 | 41 | RESPONSE to Motion re 34 MOTION to Dismiss for Lack of Jurisdiction *or in the Alternative, Motion to Dismiss for Improper Venue Plaintiffs' Memorandum in Opposition to Defendant Korges Enterprises, Inc.'s DBA Desert Autoplex RV's Motion to Dismiss for Lack of Personal Jurisdiction or in the Alternative, Motion to Dismiss for Improper Venue* filed by Dennis Meyer, Dorothy Meyer. (Attachments: # 1 Exhibit Affidavit of Dennis Meyer, # 2 Exhibit Affidavit of Dorothy Meyer)(Steuart, Scarlett) (Entered: 01/07/2020) |
| 01/13/2020 | 42 | AMENDED COMPLAINT *Second Amended Complaint* against All Defendants, filed by Dennis Meyer, Dorothy Meyer.(Burdge, Ronald) (Entered: 01/13/2020) |
| 01/27/2020 | 43 | MOTION to Dismiss for Lack of Jurisdiction *or in the Alternative, Motion to Dismiss for Improper Venue* by Defendant Korges Enterprises, Inc. (Springer, Alice) (Entered: 01/27/2020) |
| 01/27/2020 | 44 | BRIEF in Support of 43 MOTION to Dismiss for Lack of Jurisdiction *or in the Alternative, Motion to Dismiss for Improper Venue* filed by Korges Enterprises, Inc. (Attachments: # 1 Exhibit A and A−1)(Springer, Alice) (Entered: 01/27/2020) |
| 01/27/2020 | 45 | *Newmar Corporation's* ANSWER to 42 Amended Complaint *Affirmative Defenses and*, CROSSCLAIM against The Braun Corporation by Newmar Corporation.(Duncan, Glenn) (Entered: 01/27/2020) |
| 01/27/2020 | 46 | ANSWER to 42 Amended Complaint *(Second)*, CROSSCLAIM against Newmar Corporation by The Braun Corporation.(Papageorge, John) (Entered: 01/27/2020) |
| 01/31/2020 | 47 | ANSWER to 45 Answer to Amended Complaint, Crossclaim by The Braun Corporation.(Papageorge, John) (Entered: 01/31/2020) |
| 02/03/2020 | 48 | *Newmar Corporation's* ANSWER to 46 Answer to Amended Complaint, Crossclaim *Third Crossclaim by the Braun Corporation* by Newmar Corporation.(Duncan, Glenn) (Entered: 02/03/2020) |
| 02/17/2020 | 49 | RESPONSE to Motion re 43 MOTION to Dismiss for Lack of Jurisdiction *or in the Alternative, Motion to Dismiss for Improper Venue Plaintiffs' Memorandum in Opposition to Defendant Korges Enterprises, Inc.'s DBA Desert Autoplex RV's Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, Motion to Dismiss for Improper Venue* filed by Dennis Meyer, Dorothy Meyer. (Attachments: # 1 Exhibit Affidavit of Dennis Meyer, # 2 Exhibit Affidavit of Dorothy Meyer, # 3 Exhibit Affidavit of Counsel Scarlett Steuart)(Steuart, Scarlett) (Entered: 02/17/2020) |
| 02/24/2020 | 50 | MOTION for Extension of Time to File Response/Reply as to 43 MOTION to Dismiss for Lack of Jurisdiction *or in the Alternative, Motion to Dismiss for Improper Venue* by Defendant Korges Enterprises, Inc. (Springer, Alice) (Entered: 02/24/2020) |
| 02/26/2020 | 51 | REPLY to Response to Motion re 43 MOTION to Dismiss for Lack of Jurisdiction *or in the Alternative, Motion to Dismiss for Improper Venue* filed by Korges Enterprises, Inc. (Springer, Alice) (Entered: 02/26/2020) |
| 02/26/2020 | 52 | ORDER granting 50 Motion for Extension of Time to File Reply. Text only entry by Judge Jon E DeGuilio on 2/26/2020. (jss) (Entered: 02/26/2020) |

| | | |
|---|---|---|
| 05/27/2020 | 53 | AMENDED DOCUMENT by Newmar Corporation. Amendment to 14 Corporate Disclosure Statement *Defendant Newmar Corporation's Amended Rule 7.1 Disclosure Statement*. (Duncan, Glenn) (Entered: 05/27/2020) |
| 05/28/2020 | 54 | MOTION Motion by Parties to Extend Scheduling Order Deadline re 40 Rule 16 Preliminary Pretrial Conference,,, by Defendant Newmar Corporation. (Duncan, Glenn) (Entered: 05/28/2020) |
| 06/04/2020 | 55 | ORDER GRANTING IN PART and DENYING IN PART 54 Motion. The Rule 16(b) Scheduling Order 40 is AMENDED as follows: Mediation deadline: October 31, 2020; Plaintiffs' expert disclosures and reports: December 30, 2020; Defendants' expert disclosures and reports: January 30, 2021. All other deadlines set forth in the original Rule 16(b) Scheduling Order REMAIN in full force and effect. Depending upon the trajectory of the COVID–19 pandemic or other matters affecting the course of discovery in this case, the Court will entertain an appropriate motion for additional modification of the Rule 16(b) Scheduling Order as deemed appropriate. Signed by Magistrate Judge Michael G Gotsch, Sr on 6/4/20. (ksp) (Entered: 06/04/2020) |
| 06/16/2020 | 56 | OPINION AND ORDER: DENYING 43 MOTION to Dismiss for Lack of Jurisdiction or in the Alternative, Motion to Dismiss for Improper Venue filed by Korges Enterprises, Inc, but pursuant to the forum–selection clause found in the RV Bill of Sale, finds that severance of the Plaintiffs' claims against Autoplex is appropriate, so the Court grants the motion 43 in that respect. Under 28 U.S.C. 1404(a), the Clerk of the Court is directed to sever the claims of the Plaintiffs against Desert Autoplex and to transfer it to the District of Arizona in Phoenix. This Court will retain jurisdiction over the Plaintiffs' suit against the Newmar Corporation and the Braun Corporation. Signed by Chief Judge Jon E DeGuilio on 6/16/2020. (lhc) (Entered: 06/16/2020) |